# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TERRY            CIVIL ACTION

VERSUS            20-190-SDD-EWD

MOORE

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated July 1, 2021, to which an *Objection*[3] was filed and also reviewed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that all federal claims are DISMISSED, WITH PREJUDICE, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any potential state law claims, and Plaintiff's leave to amend is hereby DENIED, if sought.

Signed in Baton Rouge, Louisiana the 14 day of July, 2021.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.
[3] Rec. Doc. 5.